FEE PAID
S/I

FILED

CLERK, U.S. DISTRICT COURT

1/22/25

CENTRAL DISTRICT OF CALIFORNIA

BY _____ MRV _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

1  Kimberly Clisbee and Christopher Co

2  3531 Springridge Way

3  Palmdale, CA, 93551

4  Kimberly Phone: 661-471-0015
   Christopher Phone: 818-679-1584

5

6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8  Kimberly Clisbee and Christopher Co                2:25-cv-00595-RGK(MAAx)

9                vs                           **Complaint: Civil action for damages**

10      Kathryn Barder, Gavin Newsom, Rob   Cause of action: Fraud, Negligence, conspiracy
                                            against rights, the color of the law crimes,
11  Bonta, Stephen Morgan, State of California,  personal injury, other civil rights violations

12  County of Los Angeles, Department of Health   In accordance with the Federal Tort Act, Falce

13                                           Claim Act, Federal Policy for the Protection of
    and Human Services, LA County Department of   Human Subjects (Common Rule), Belmont
14                                           Papers, Protection of Human Subjects in
    Public Health – Children's Medical Services,   Medical Experimentation Act, 18 U.S. Code §
15                                           241, Civil Rights Act of 1964, Brown vs. The
                                            Board of Education, Rights of the Revolution,
16  Department of Developmental Services, DOJ,   official oppression, Marsy's law, Anti-kick-back
17                                           Statute, Civil Monetary Penalties Law, Section
    Edward Bloch, Mark Krieger, James Lee, Leigh   1983 of the U.S. Code, Nuremberg Code, 1st,
18                                           7th, 13th, and 14th amendment, 18 U.S.C. §
    Ramos Platt, Racheal Thompson, Joyce Wu,   208
19

20  Anat Erdriech-Epstein, Arie Fallah, Children's

21  Hospital Los Angeles, UC Regents, City of   Original filing date: 1/22/2025

22  Palmdale, City of Los Angeles, Palmdale School

23  District, Raul Maldonado, Donna Campbell,

24

25  Aaron Yoscovitz, AV SELPA, El Dorado

26  SELPA, North Los Angeles County Regional

27  Center, LAPD, LASD, OIG

28

                              - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INTRODUCTION

I reserve the right to withhold the details of this complaint until the trial begins due to numerous acts of judiciary misconduct and fraud that have blocked my access to a jury, which is required by the 7th Amendment and Rule 38 of Federal proceedings. This misconduct has gone on for several years, and the defense's retaliation has injured my family and me. It is forcing us to live under color-of-the-law crimes and reducing, withholding, and controlling fundamental rights to prevent access to justice.

**Hobbs Act** (18 U.S.C. § 1951): Interfering with commerce by threats or violence, including attempts to influence a federal trial through fraud or intimidation, is a crime.

This crime is ongoing, and the defendants are aware of why we are taking them to court. We will not let them use the contents of the complaint to stall or prevent access to our 7th and 14th Amendment rights as they have for three years.

I will state the statute of limitations was reset to August 30th, 2024, resulting from a medical board review that determined no malpractice was committed in either victim because no surgery was ever needed, and no illness existed. "Surgery due to race or some fraudulent purpose is not a medical condition. It requires law enforcement intervention."

Also, three investigations, one by the County Department of Public Social Services director, one by the State Department of Developmental Services Ombudsman, and one by the La County Office of Civil Rights, took place between April 2024 and July 2024 and confirmed that our injuries were a result of the crime. They required intervention by Rob Bonta, the DOJ, and Kathryn Barger,

–  3  –

all participants in the fraud, and all refused to assist. They even permitted color-of-law crimes, including death threats and judiciary misconduct, to prevent access to a jury demand. There are over sixty-eight witnesses, three victims, and dozens of crimes of various types and degrees over fifteen years, including officials and doctors, and a jury is legally the only appropriate method of resolution according to Rule 38 of Federal Proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 22, 2025, in Palmdale, California.

Date: 1/22/2025

Kimberly Clisbee

Date: 1/22/2025

Christopher CO

- 4 -

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. The plaintiffs will receive one hundred fifty million dollars in financial damages in the settlement, including triple damages fraud.

2. Punitive actions the jury sees fitting.


   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 22, 2025, in Palmdale, California.

_____                    _____
Christopher Co                                                      Kimberly Clisbee

- 5 -

**Proof Of Service**

I, the undersigned, declare I am a resident of Los Angeles, State of California, acting as

pro per I am over the age of eighteen (18) years and not a party to the action; my business

the address is 3531 Springridge Way, Palmdale, California, 93551

On January 21st, 2025, I served the within:

**Complaint**

D By sending a true copy thereof electronically to the individual(s) and electronic service

address(s) as set forth below from the electronic service address:

~ By placing a time copy thereof enclosed in a sealed envelope with a prepaid postage

thereon fully prepaid for deposit in the United States Post Office mailbox, following my

ordinary business practices for collecting and processing correspondence for mailing of

which I am readily familiar with the individual(s) and address(s) as set forth below.

D By depositing a true copy thereof enclosed in a sealed envelope with delivery fees

thereon fully prepaid in a box or other facility regularly maintained by the Federal

Express for overnight mail for collection to the individual(s) and address(s) as set

forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is

true and correct, and that these declarations were executed on January 21, 2025, in Palmdale,

California.

Date: 1/22/2025                                    Kimberly Clisbee

Date: 1/22/2025                                    Christopher CO